# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Christopher M Alonso,<br><br>    Petitioner,<br><br>v.<br><br>Charles L Ryan, et al.,<br><br>    Respondents. | No. CV-16-02143-PHX-JAT<br><br>**ORDER** |

On July 24, 2017, Magistrate Judge Boyle issued a Report and Recommendation ("R&R") recommending that this Court deny Petitioner's motion for clarification or in the alternative for stay in abeyance. (Doc. 85).[1] Petitioner filed objections to the R&R stating that he withdrew his motion for clarification or in the alternative for stay in abeyance "on three separate occasions." (Doc. 86).

Given that Petitioner states the motion is no longer pending,

///
///
///
///
///
///

---

[1] On August 10, 2017, Magistrate Judge Boyle issued a Report and Recommendation addressing the merits of Petitioner's petition, but that Report and Recommendation is not the subject of this Order.

1 **IT IS ORDERED** that the Report and Recommendation (Doc. 85) is accepted to the limited extent that the motion for clarification or for stay in abeyance (Doc. 10) is denied. Petitioner's factual objections found in Doc. 86 are deemed moot, without prejudice to Petitioner reasserting them, if relevant, should he object to the Report and Recommendation filed on August 10, 2017.

Dated this 15th day of August, 2017.

James A. Teilborg
Senior United States District Judge